UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KINSALE INSURANCE COMPANY, | CASE NO. C25-0485JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SQUARE FOOT LLC, et al., | |
| Defendants. | |

On May 20, 2026, counsel for Defendant Angela Scott, attorney-in-fact for her father Melvin G. Scott, notified the court that Mr. Scott had passed away on May 14, 2026. (Suggestion of Death (Dkt. # 23).) The court offers its condolences to Mr. Scott's family and loved ones.

Ms. Scott's counsel asserts that Mr. Scott's death certificate is expected to be available before the end of May 2026 and "that appropriate steps will be taken to substitute in an authorized representative of Mr. Scott's estate in due course." (*Id*.); *see*

ORDER - 1

*also* Fed. R. Civ. P. 25(a) ("If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative.  If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.").  The court ORDERS the parties to meet and confer and file, by no later than **June 8, 2026**, a joint report regarding the effect of Mr. Scott's passing, if any, on Plaintiff's fully-briefed motion for summary judgment and default judgment (Dkt. # 15).  The Clerk is DIRECTED to renote the pending motion for summary judgment and default judgment (Dkt. # 15) for **June 8, 2026**.

Dated this <u>22nd</u> day of May, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2