UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SQUARE FOOT LLC, et al.,<br><br>Defendants. | CASE NO. C25-0485JLR<br><br>ORDER |

Before the court is Defendant Angela Scott's motion to substitute her current appearance as "Angela Scott, as attorney-in-fact for Melvin G. Scott," for "Angela Scott, as executor for the Estate of Melvin G. Scott." (*See generally* Mot. (Dkt. # 30).) Ms. Scott requests leave to substitute in light of the death of her father, Melvin G. Scott, pursuant to Federal Rule of Civil Procedure 25(a)(1). (*See generally id.; see also* Scott Decl. (Dkt. # 31) ¶¶ 2-6 & Exs. 1-2 (attesting that Ms. Scott has been appointed executor of Mr. Scott's estate).) Plaintiff Kinsale Insurance Company does not oppose Ms. Scott's

motion. (*See* Not. of Non-Opposition (Dkt. # 32).) Accordingly, the court GRANTS Ms. Scott's motion to substitute (Dkt. # 20). The Clerk is DIRECTED to amend the case caption to reflect this substitution.

Dated this 30th day of July, 2026.

JAMES L. ROBART
United States District Judge